In the Matter of GLORIA MARIE S., a Child Alleged to be Permanently Neglected. ALEX S., Appellant; LEAKE & WATTS SERVICES, INC., Respondent, et al., Respondent.

Submitted November 24, 2008; decided January 15, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted January 12, 2009; decided January 15, 2009

Motion by New York Yacht Club for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.